**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MONTEFIORE MEDICAL CENTER**,<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT F. KENNEDY, JR.**,<br>*in his official capacity as Secretary of Health and Human Services*,<br><br>Defendant. | ) | Case No. 24-cv-1810 (LLA) |

**NOTICE OF APPEAL**

Please take notice that Defendant hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered on August 28, 2026, ECF No. 39.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Director

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Date: October 26, 2026