**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER,<br>Plaintiff,<br>v.<br>ROBERT F. KENNEDY, JR.,<br>Defendant. | Civ. Action No. 1:24-cv-1810-LLA |

**PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the August 28, 2026, final judgment in this action, Dkt. No. 39.

October 27, 2026

Respectfully submitted,

*/s/ Stephanie A. Webster*
Stephanie A. Webster
D.C. Bar No. 479524
Chetan A. Patil
D.C. Bar No. 999948
J. Harold Richards
D.C. Bar No. 469524
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, D.C. 20006-6807
stephanie.webster@ropesgray.com

*Counsel for Plaintiff*